IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MIAMI VALLEY FAIR HOUSING
CENTER INC, et al.,

    **Plaintiffs,**

  v.                                  Civil Action 2:16-cv-607
                                          Judge George C. Smith
                                          Magistrate Judge Jolson

METRO DEVELOPMENT LLC, et al.,

    **Defendants.**

## ORDER

This matter is before the Court on Metro Defendants' Motion For Leave to File Video Exhibits. (Doc. 108). Specifically, Metro Defendants seek leave to manually file videos that are incorporated into the expert report of the Metro Defendants' expert, Paul Sheriff. (*Id.*). For good cause shown, the Motion is **GRANTED**. Consequently, Metro Defendants shall file the videos referenced in their Motion with the Clerk's office within seven (7) days of the date of this Order.

IT IS SO ORDERED.

Date: December 6, 2017                        /s/ Kimberly A. Jolson
                                                        KIMBERLY A. JOLSON
                                                        UNITED STATES MAGISTRATE JUDGE